IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM MICHAEL BELL, #A0254145, | ) ) ) | Civ. No. 09-00566 ACK-LEK |
| Plaintiff, | ) ) ) | ORDER DISMISSING COMPLAINT AND ACTION PURSUANT TO 28 U.S.C. § 1915 AND DENYING IN FORMA PAUPERIS APPLICATION |
| vs. | ) ) | |
| SAMUEL BESS JR., "BONNIE BESS," MISS DESSIREE MK BESS, "SASHAY BESS," SAMARASKY BESS, "ZACHARIAHA BESS," MR. AND MRS. TYRONE HARASON BELL, CHRISTY LOVE GUSMAN ERNEST GUSMAN SR, NITTY PEPPERS, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER DISMISSING COMPLAINT AND ACTION PURSUANT TO 28 U.S.C. § 1915 AND DENYING IN FORMA PAUPERIS APPLICATION**

On November 27, 2009, pro se Plaintiff William Michael Bell, a prisoner incarcerated at the Halawa Correctional Facility, filed this prisoner civil rights complaint and *in forma pauperis* application.  The Complaint and action are DISMISSED as frivolous pursuant to 28 U.S.C. § 1915A & § 1915(e)(2).  Plaintiff's *in forma pauperis* application is DENIED.

**I.  LEGAL STANDARD**

Federal courts must engage in a preliminary screening of cases in which prisoners request to proceed *in forma pauperis*, or seek redress from a governmental entity or officer or employee of a governmental entity.  28 U.S.C. §§ 1915(e)(2) & 1915A(a).  The

Court must identify cognizable claims and dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief."  *Id.* §§ 1915(e)(2)(B) & 1915A(b).  A complaint is frivolous, if it "lacks an arguable basis either in law or in fact."  *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

Leave to amend should be liberally granted to pro se litigants unless it is "absolutely clear that the deficiencies of the complaint could not be cured by amendment."  *Noll v. Carlson*, 809 F.2d 1446, 1448 (9th Cir. 1987); *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000).

## II.  DISCUSSION

Plaintiff's Complaint is a rambling, scatological, handwritten, nearly incomprehensible collection of pages, letters, and slips of paper, covered with Plaintiff's scribbled notations and smeared with what Plaintiff labels as "blood."  (Compl. at 2.)[1]  Plaintiff refers to himself as "Royal Christian King and high Priest."  (*See* Compl.)  From what the Court is able to discern, Plaintiff alleges that his mother and father have abused him since childhood, and this abuse has continued during his incarceration in Arizona and Hawaii since 2005.  Plaintiff claims

---

[1]In Civ. No. 09-00529, Plaintiff taped a used bandage and what appears to be a bloody piece of dental amalgam to one of his documents.

that his mother sexually and mentally abused him for thirty-eight years, and that his father, mother, and unnamed prison officials are currently torturing him with electric shocks to his body, particularly to his genitals and anus.  Plaintiff alleges that the State and its Department of Public Safety are paying his family $300 per day to torture him while he is in prison.  Plaintiff says that on November 24, 2009, his mother, a housewife whom he has said lives in Ohio and in Waimanalo, Hawaii,[2] cut him in ten different places while prison officials cheered her on.  (Compl. at 2.)  Plaintiff also alleges that his parents and prison officials make racial slurs about him, and are members of the Ku Klux Klan.  Plaintiff asserts that these are acts of terrorism and seeks a permanent restraining order.

Plaintiff makes similar allegations in *Bell v. Hawaii, et al.*, Civ. No. 09-00529 DAE.  In addition to his mother, Plaintiff also named prison officials and Governor Linda Lingle in that case, setting forth in excruciating detail the electric shocks and other torture he alleges is occurring at the prison.  United States District Judge David Ezra dismissed Plaintiff's claims as frivolous and for failure to state a claim, but granted Plaintiff leave to amend the complaint on or before December 18, 2009.  That action is still pending.

First, Plaintiff's claims here are duplicative of his

---

[2]*See* Civ. No. 09-00529, Compl. and Amd. Compl.

claims in Civ. No. 09-00529, and are therefore frivolous. *See Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (finding no abuse of discretion in dismissing action as frivolous under 28 U.S.C. § 1915 where complaint "merely repeats pending or previously litigated claims").

Second, it is clear that Plaintiff's claims are delusional. "[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or wholly incredible, whether or not there are judicially recognized facts available to contradict them." *Denton v. Hernandez*, 504 U.S. 25, 33 (1992). Dismissal is appropriate when the facts alleged are "clearly baseless," "fanciful," "fantastic," and/or "delusional." *Id.*

Third, most of the Complaint is indecipherable; the Court has gleaned meaning from it only by reference to all of the documents and letters submitted here and in Civ. No. 09-00529. An incomprehensible claim or complaint is without an arguable basis in law. *Jackson v. Arizona*, 885 F.2d 639, 641 (9th Cir. 1989).

Finally, Plaintiff does not explain or allege in what manner his family members are acting under color of state law, or in fact, how they are able to enter the prison at all hours of the day and night, to torture and abuse him. Thus, not only are Plaintiff's claims incredible, they also fail to state a claim under § 1983.

Accordingly, the Court dismisses the Complaint as frivolous, fanciful, delusional, and factually incredible. *Denton*, 504 U.S. at 33. The defects in the Complaint are incurable and leave to amend is not granted. The Complaint and action are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Plaintiff's *in forma pauperis* application is DENIED.

Plaintiff is NOTIFIED that this dismissal may count as a strike pursuant to 28 U.S.C. § 1915(g). The Clerk shall close the file and terminate this action.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 8, 2009.

_____
Alan C. Kay
Sr. United States District Judge

*Bell v. Haw, et al.*, 09-00566 ACK-LEK; ORDER DISMISSING COMPLAINT AND ACTION PURSUANT TO 28 U.S.C. § 1915 AND DENYING IN FORMA PAUPERIS APPLICATION; pro se attys/screening/ dmp/2009/Bell 09-566 ACK (friv & FTSC)